RANDY S. GROSSMAN
Acting United States Attorney
MEGHAN E. HEESCH
Assistant United States Attorney
Minnesota Bar No. 0395912
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9442
Email: meghan.heesch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH HAKAN AYIK (1),<br>DOMENICO CATANZARITI (2),<br>MAXIMILIAN RIVKIN (3),<br>ABDELHAKIM AHARCHAOU (4),<br>SEYYED HOSSEIN HOSSEINI (5),<br>ALEXANDER DMITRIENKO (6),<br>BARIS TUKEL (7),<br>ERKAN YUSEF DOGAN (8),<br>SHANE GEOFFREY MAY (9),<br>AURANGZEB AYUB (10),<br>JAMES THOMAS FLOOD (11),<br>SRDJAN TODOROVIC (12),<br>  aka DR.DJEK,<br>SHANE NGAKURU (13),<br>EDWIN HARMENDRA<br>                KUMAR (14),<br>OMAR MALIK (15),<br>MIWAND ZAKHIMI (16),<br>  aka MAIWAND ZAKHIMI,<br>OSEMAH ELHASSEN (17),<br><br>    Defendants. | Case No. <u>21-CR-1623-JLS</u><br><br>APPLICATION TO PARTIALLY UNSEAL INDICTMENT AND ARREST WARRANTS AND ORDER THEREON<br><br>**[UNDER SEAL]** |

The United States of America, by and through its counsel, applies for an Order from the Court to partially unseal the Indictment and Arrest Warrants in this case in order to allow for disclosure to and by United States Department of State and law enforcement

personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating, arresting and extraditing the defendants. On May 28, 2021, a grand jury returned a sealed Indictment charging the defendants with Racketeering Conspiracy to Conduct Enterprise Affairs (RICO Conspiracy), in violation of Title 18, United States Code, Section 1962(d). That same day, the Clerk of the Court issued a sealed arrest warrant for each defendant.

The United States anticipates working with the United States Department of State and foreign law enforcement authorities in order to locate, arrest, and extradite the seventeen defendants in this case. All defendants are located overseas. In that effort, the United States is required to provide a copy of the Indictment and arrest warrant for each defendant to the Department of State and to foreign authorities.

Accordingly, the United States requests an Order partially unsealing the Indictment and arrest warrants only for the purpose of allowing for disclosure to and by law enforcement personnel, including foreign authorities, and the Department of State in connection with the performance of their duties and for the purpose of locating, arresting, and extraditing the defendants. Because the defendants may flee from their current locations if this application was publicly made, the United States is requesting this application and order be made under seal.

DATED: May 29, 2021            Respectfully Submitted,

RANDY S. GROSSMAN
Acting United States Attorney

MEGHAN E. HEESCH
Assistant United States Attorney

**SO ORDERED.**
**Application and Order are Hereby Ordered Sealed**

Dated: 06/01/2021

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE