RANDY S. GROSSMAN
Acting United States Attorney
MEGHAN E. HEESCH
Assistant U.S. Attorney
Minnesota Bar No. 0395912
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9442
Email: meghan.heesch@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-1623-JLS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JOSEPH HAKAN AYIK (1), DOMENICO CATANZARITI (2), MAXIMILIAN RIVKIN (3), ABDELHAKIM AHARCHAOU (4), SEYYED HOSSEIN HOSSEINI (5), ALEXANDER DMITRIENKO (6), BARIS TUKEL (7), ERKAN YUSEF DOGAN (8), SHANE GEOFFREY MAY (9), AURANGZEB AYUB (10), JAMES THOMAS FLOOD (11), SRDJAN TODOROVIC (12), aka DR.DJEK, SHANE NGAKURU (13), EDWIN HARMENDRA KUMAR (14), OMAR MALIK (15), MIWAND ZAKHIMI (16), aka MAIWAND ZAKHIMI, OSEMAH ELHASSEN (17), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized

to practice under CivLR 83.3.c.3-4.

The following government attorney, who is also admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4, is also associated with this case and should be listed as lead counsel for CM/ECF purposes and should receive all Notices of Electronic Filings relating to activity in this case:

N/A

Effective this date, the following attorneys are **no longer associated** with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

N/A

Please call me at the above-listed number if you have any questions about this notice.

DATED: June 8, 2021              Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/ Meghan E. Heesch*
Meghan E. Heesch
Assistant United States Attorney