TARA K. MCGRATH
United States Attorney
JOSHUA C. MELLOR
California Bar No. 255870
MIKAELA L. WEBER
California Bar No. 279391
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9733/9734/6795
joshua.mellor@usdoj.gov
mikaela.weber@usdoj.gov
peter.horn@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-1623-JLS |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO SEAL HEARING IN PART AND REDACT TRANSCRIPT IN PART** |
| v. | |
| SEYYED HOSSEIN HOSSEINI (5), ALEXANDER DMITRIENKO (6), AURANGZEB AYUB (10), EDWIN HARMENDRA KUMAR (14), aka Edwin Harmendra Valentine, MIWAND ZAKHIMI (16), aka Maiwand Zakhimi, OSEMAH ELHASSEN (17), | Honorable Janis L. Sammartino |
| Defendants. | |

The United States moves for an order sealing in part, and redacting in part the transcript of, the April 10, 2024 motion hearing in this case. The government's motion should be granted for the reasons set forth below.

The name of a country was stated during the beginning of the April 10 hearing.[1] As the government noted immediately after that and later in the hearing, the discovery materials in this case are government by protective orders, and specifically the Second Protective Order, Dkt. 193; and its position remains that discussion of such information should be and remain under seal and not subject to public disclosure, whether in hearings, filings, or otherwise. Also during the April 10 hearing, the Court ordered the hearing and transcript sealed, *see* Dkt. 260, and then, upon Zakhimi's motion to unseal the transcript, Dkt. 282, issued an order providing that the hearing and transcript would remain sealed until May 15, 2024, absent any motion to extend the sealing from the United States, while allowing the court reporter to provide a copy of the transcript to counsel of record in this case and requiring the transcript not to be distributed or otherwise made available other than to the parties and counsel as long as the hearing remained sealed, Dkt. 283.

Under the Second Protective Order, Dkt. 193, the United States requests that the Court order the April 10, 2024 hearing be and remain sealed in part, and the transcript of the hearing be and remain sealed in part, such that the name of the country stated during the hearing shall be and remain sealed, and the name of the country shall be and remain redacted in any publicly-available transcript. The United States is otherwise unopposed to the Court's order at Dkt. 283, so that counsel of record (for any defendant in this case currently before the Court or who is before the Court in the future) may be provided with the unredacted transcript by the court reporter, so long as that transcript is not distributed or otherwise made available other than to the parties and counsel, and is subject to the Second Protective Order (Dkt. 193) so that it is not otherwise disclosed publicly or to third parties, and if any defense counsel withdraws or is disqualified from participation in the case, any copy of the unredacted transcript is returned or destroyed within 10 days of such withdrawal or replacement.

---

[1] In accordance with the protective orders in this case, the government is taking no position (neither confirming nor denying) whether the country mentioned during the hearing is or is not the third country.

The government's motion should be granted so that the April 10, 2024 hearing and transcript thereof are sealed and redacted in part as set forth above.

DATED:     May 10, 2024                Respectfully submitted,

                                       TARA K. MCGRATH
                                       United States Attorney

                                       *s/Peter S. Horn*
                                       JOSHUA C. MELLOR
                                       MIKAELA L. WEBER
                                       PETER S. HORN
                                       Assistant U.S. Attorneys
                                       Attorneys for the United States