UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-1623-JLS-12 |
|---|---|
| Plaintiff, | |
| v. | **ACKNOWLEDGMENT OF PROTECTIVE ORDERS** |
| DRAGAN NIKITOVIC (12), aka Dr. Djek, | |
| Defendant. | |

Upon joint motions and motions by the United States, the Court has entered Protective Orders covering discovery in this matter. Dkt. 36, 99, 114, 142, 150 (identical protective orders entered as to Defendants Ayub, Dmitrienko, Kumar, Elhassen, and Hosseini); Dkt. 156, 177, 213 (acknowledgments as to Defendants Kumar, Elhassen, and Zakhimi); Dkt. 193 (protective order entered regarding third country discovery) (collectively, the "Protective Orders"). By signing below, attorney Maria Fernanda Ezquerro, counsel for Defendant Dragan Nikitovic, aka Dr. Djek, acknowledges receipt of these Protective Orders and agrees to be bound by all of their terms.

DATED: 5/17/24, 2024

MARIA FERNANDA EZQUERRO
Counsel for Defendant Dragan Nikitovic,
  aka Dr. Djek

RECEIVED: May 17, 2024

JOSHUA C. MELLOR
MIKAELA L. WEBER
PETER S. HORN
Assistant U.S. Attorneys