ADAM GORDON
United States Attorney
MIKAELA L. WEBER
California Bar No. 279391
JOSHUA C. MELLOR
California Bar No. 255870
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9734/9733/6795
mikaela.weber@usdoj.gov
joshua.mellor@usdoj.gov
peter.horn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>SEYYED HOSSEIN HOSSEINI (5),<br>ALEXANDER DMITRIENKO (6),<br>AURANGZEB AYUB (10),<br>DRAGAN NIKITOVIC (12),<br>  aka "Dr. Djek,"<br>SHANE NGAKURU (13),<br>EDWIN HARMENDRA KUMAR (14),<br>  aka Edwin Harmendra Valentine,<br>MIWAND ZAKHIMI (16),<br>  aka Maiwand Zakhimi,<br>OSEMAH ELHASSEN (17),<br><br>                Defendants. | Case No.: 21CR1623-JLS<br><br>**UNITED STATES' NOTICE OF LODGMENT UNDER SEAL**<br><br>Honorable Janis L. Sammartino |

The United States provides notice of lodgment with the Court of Exhibits 1 through 5 to its motion for an inquiry regarding violations of the protective orders, which has been filed at Dkt. 557. These Exhibits are being lodged under seal, and the government requests that they remain under seal, pursuant to the protective orders and for the reasons set forth in the government's motion, Dkt. 557 at 6-7.

DATED: April 3, 2026                    Respectfully submitted,

                                        ADAM GORDON
                                        United States Attorney

                                        /s/ Peter S. Horn
                                        MIKAELA L. WEBER
                                        JOSHUA C. MELLOR
                                        PETER S. HORN
                                        Assistant U.S. Attorneys
                                        Attorneys for the United States

2