ADAM GORDON
United States Attorney
NATHAN BROOKS
Assistant U.S. Attorney
North Carolina Bar No. 37161
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6952

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Joseph Hakan Ayik et al.,<br>Defendant. | Case No.: 21-CR-1623-JLS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Josh Mellor**

**Mikaela Weber**

**Peter Horn**

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: July 15, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/Nathan Brooks*
NATHAN BROOKS
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America